## AFFIDAVIT OF SERVICE

INDEX #: 1:24-CV-01759-JMF
DATE FILED: 3/11/2024
ATTORNEY: **JOSEPH & KIRSCHENBAUM LLP**
32 BROADWAY SUITE #601 NEW YORK NY 10004 (212)688-5640

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**DANIEL BRAND AND MARCELA CASTRO,**
Plaintiff(s)
- against -
**TQTO CORP. AND JOSEPH BEDWELL,**
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **03/26/2024, 03:54PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **TQTO CORP.**, a defendant in the above captioned matter.

Deponent served **NANCY DOUGHERTY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **60**   Approximate height **5'03"**   Approximate weight **123**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 03/27/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _____
STEF MARIE

**SERVING BY IRVING INC.**
18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346