UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BRAND and MARCELA CASTRO | CIVIL ACTION NO.: 1:24-CV-01759 |
| vs | *Plaintiff* |
| TQTO CORP. and JOSEPH BEDWELL | |
| | *Defendant* |

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **5/17/2024** at **1:53 PM** at **99 MacDougal Street, New York, NY 10012**

undersigned served a(n) **Summons in a Civil Action and Complaint**

on **Joseph Bedwell**

by delivering thereat a true copy of each to **German Escobar [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **99 MacDougal Street, New York, NY 10012**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **05/21/2024**

**c/o TQTO Corp**

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs.
Other: Mustache

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 05/21/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Juan Pimentel
License No. 2066974