JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

June 19, 2024

**VIA ECF**

> Application GRANTED in part.  The deadline for Plaintiffs to file a motion for default judgment is hereby EXTENDED to **July 11, 2024**.  Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.  The Clerk of Court is directed to terminate ECF No. 11.  SO ORDERED.
>
> June 20, 2024

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Brand *et al* v. TQTO Corp. *et al*
       No. 24 CV 01759 (JMF)

Dear Judge Furman:

We represent Plaintiffs in the above-captioned matter.  On June 3, 2024, The Court Ordered Plaintiffs to move for default on or before June 21, 2024 and to serve a copy of such Order on Defendants within two business days.  Unfortunately, the undersigned failed to properly calendar and address the information in the Court's Order.  I respectfully apologize for the oversight and request that the Court (a) allow Plaintiffs until July 31, 2024 to move for default, and (b) allow Plaintiffs two business days from the granting of this request to notify Defendants of the Court's Order and new deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum

cc: All counsel (via ECF)