UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIEL BRAND and MARCELA CASTRO,

        Plaintiffs,

v.

TQTO CORP. and JOSEPH BEDWELL,

        Defendants.
-----------------------------------------------------------x

Case No. 24 CV 1759 (JMF)

## CERTIFICATE OF SERVICE

I, Andy Pichardo, under penalty of perjury, certify as follows:

1. I am an administrative assistant with Joseph & Kirschenbaum LLP, Plaintiffs' counsel in the above-referenced matter.

2. On July 15, 2024 I served on Defendants Plaintiffs' motion for default judgment and all supporting papers (Dkt. Nos. 22-27) and the Court's July 15, 2024 Order (Dkt. No. 29).

3. I served these documents by sending them via FedEx overnight delivery to TQTO Corp. at 99 MacDougal Street, New York, NY 10012 and to Joseph Bedwell at 318 Armstrong Avenue, Staten Island, NY 10308.

Dated: New York, New York
July 15, 2024

                                                                   Andy Pichardo