UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                           :

DANIEL BRAND et al.,                              :

                         Plaintiffs,               :
                                           :              24-CV-1759 (JMF)
            -v-                                    :
                                           :                   ORDER

TQTO CORP. et al.,                            :

                         Defendants.            :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Plaintiffs' motion for default judgment is GRANTED as to liability;

- No later than **September 6, 2024,** Plaintiffs shall file a brief, not to exceed ten pages, addressing the proper measure of damages for late wages under Section 198(1-a) of the NYLL, including but not limited to whether liquidated damages are available and, if so, how they are to be calculated.

It is further ORDERED that Plaintiffs serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service within **three business days of the date of this Order**.

       SO ORDERED.

Dated: August 8, 2024
       New York, New York
                                                     _____
                                                          JESSE M. FURMAN
                                                      United States District Judge