UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL BRAND et al., :
:
                Plaintiffs, :
: 24-CV-1759 (JMF)
     -v- :
: ORDER
TQTO CORP. et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of Plaintiffs' supplemental papers, *see* ECF Nos. 37-38, the Court is prepared to award liquidated damages equal to the amount of late wages under Section 198(1-a) of the New York Labor Law. To that end, Plaintiffs shall, no later than **December 9, 2024**, file a new proposed judgment, with prejudgment interest calculated through that date and, per the Court's ruling during the default judgment proceeding, *see* ECF No. 40, reducing the attorney's fee award by 25%. In addition, Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and file proof of such service within **three business days of the date of this Order**.

      SO ORDERED.

Dated: December 5, 2024
       New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge